# Order

Michigan Supreme Court
Lansing, Michigan

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150984

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 150984
COA: 325002
Kent CC: 14-008489-FH

JUAN VALENTIN CUBUR-TOCAY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

s0909